

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG:MEL
F. #2013R01933

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 21, 2014

By Hand Delivery and ECF

Michael D. Weil, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, New York 11201

        Re:    United States v. Raymond Jones
              Criminal Docket No. 13-708 (JG)

Dear Mr. Weil:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed supplemental discovery in the above-referenced matter. This discovery supplements the government's disclosures of December 23, 2013 and February 10, 2014. The government renews its request for reciprocal discovery.

Statements of the Defendant

        Please find enclosed a copy of the <u>Miranda</u> waiver signed by the defendant on November 14, 2013, Bates numbered Jones000025.

Documents and Tangible Objects

        Please find enclosed copies of photographs of the area where the defendant was arrested on November 13, 2013, Bates numbered Jones000026–Jones000048.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/ Margaret Lee
Margaret Lee
Assistant U.S. Attorney
(718) 254-6205

Enclosure

cc: Clerk of the Court (JG) (by ECF) (without enclosures)