

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PSS:ML
F. #2013R01933

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2014

<u>By ECF and Hand Delivery</u>

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Raymond Jones
> <u>Criminal Docket 13-708 (JG)</u>

Dear Judge Gleeson:

      Enclosed please find a Motion and Proposed Order in the above-captioned case. As set forth in the attached motion, the government is seeking to dismiss the Indictment with prejudice.

      Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:    /s/ Margaret Lee
Margaret Lee
Assistant U.S. Attorney
(718) 254-6205

cc: Michael D. Weil, Esq. (by ECF and e-mail)