PSS:MEL
F.# 2013R01933

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA        O R D E R

- against -        Crim. No. <u>13-708 (JG)</u>

RAYMOND JONES,

        Defendant.

- - - - - - - - - - - - -X

       The indictment against RAYMOND JONES, Criminal Docket No. 13-708, is hereby dismissed with prejudice.

Dated:  Brooklyn, New York
       June 17, 2014

                                s/John Gleeson
                                _____
                                THE HONORABLE JOHN GLEESON
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF NEW YORK